Order issued September 12 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00303-CV

STOVALL & ASSOCIATES, P.C., Appellant

V.

HIBBS FINANCIAL CENTER, LTD., Appellee

## ORDER

Before the Court are appellant's September 4, 2012 first motion for extension of time to file reply brief and appellee's September 6, 2012 response. We **GRANT** appellant's motion and extend the time to September 25, 2012. Absent exigent circumstances, no further extensions will be granted.

ELIZABETH LANG-MIERS
JUSTICE